**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHELE SMITH,**

    **Plaintiff,**

**v.**                                                Case No. 6:16-cv-382-ORL-18GJK

**LOCKHEED MARTIN CORPORATION,**

    **Defendant.**

_____/

**DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS**

On behalf of Defendant Lockheed Martin Corporation, in accordance with Local Rule 1.04(c), I certify that the instant action:

**  X  IS**   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency, as indicated below:

**Michele Smith and Lockheed Martin Corporation; EEOC Charge No. 510-2013-00923**

____ **IS NOT**   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

s/Hannah Choi
Hannah Choi, Esq., Fla. Bar No. 96299
hchoi@constangy.com
Constangy, Brooks, Smith & Prophete, LLP
100 North Tampa Street, Suite 3350
Tampa, Florida 33602
Tel:   (813) 223-7166
Fax:   (813) 223-2515

And

Tamika Nordstrom. Esq. Admitted *Pro Hac Vice*
GA. Bar No. 582784
tnordstrom@constangy.com
Constangy, Brooks, Smith & Prophete, LLP

3835278v.1

230 Peachtree Street, NW, Suite 2400
Atlanta, Georgia 30303
Telephone:     (404) 525-8622
Facsimile:      (404) 525-6955
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day April, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

 s/ Hannah Choi
Attorney for Defendant

## SERVICE LIST

*MICHELE SMITH v. LOCKHEED MARTIN CORPORATION*
**CASE NO.: 6:16-CV--382-ORL-18GJK**

Jill S. Schwartz, Esq., Fla. Bar No. 523021
jschwartz@schwartzlawfirm.com
David H. Spalter, Esq., Fla. Bar No. 966347
dspalter@schwartzlawfirm.com
JILL S. SCHWARTZ & ASSOCIATES, P.A.
655 West Morse Blvd., Suite 212
Winter Park, FL 32789
(407) 647-8911 / Fax (407) 628-4994
Attorney for Plaintiff