**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MICHELE SMITH,

                                          CASE NO. 6:16-cv-382-ORL-40GJK

vs.

LOCKHEED MARTIN CORPORATION,

    Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Plaintiff, MICHELE SMITH, by and through counsel, hereby discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case are as follows:

    a. Michele Smith – Plaintiff

    b. David H. Spalter, Esquire – Counsel for Plaintiff

    c. Jill S. Schwartz, Esquire – Counsel for Plaintiff

    d. Jill S. Schwartz & Associates, P.A. – Counsel for Plaintiff

    e. Lockheed Martin Corporation – Defendant

    f. Hannah Choi, Esquire – Counsel for Defendant

    g. Constangy, Brooks, Smith & Prophete, LLP – Counsel for Defendant

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

       None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

       None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

       Michele Smith, Plaintiff.

5. I certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

I further certify that I will serve a copy of this CERTIFICATE OF INTERESTED PERSONS and CORPORATE DISCLOSURE STATEMENT upon each party no later than fourteen days after appearance of the party.

DATED this 12th day of April, 2016.

       Respectfully submitted,

       s/ David H. Spalter
       David H. Spalter, Esquire
       Florida Bar No. 966347
       Jill S. Schwartz, Esquire
       Florida Bar No. 0523021
       JILL S. SCHWARTZ & ASSOCIATES, P.A.
       655 W. Morse Boulevard, Suite 212
       Winter Park, Florida 32789
       Telephone: (407) 647-8911
       Facsimile: (407) 628-4994
       E-mail: dspalter@schwartzlawfirm.net
       E-mail: jschwartz@schwartzlawfirm.net

       Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on **April 12, 2016**, I electronically filed the foregoing Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of Court by using CM/ECF system, which will send a notice of electronic filing to counsel for Defendant: Hannah Choi, Esquire, Constangy, Brooks, Smith & Prophete, LLP, 100 N. Tampa Street, Suite 3350, Tampa, FL 33601; hchoi@constangy.com.

                                                  s/ David H. Spalter
                                                  David H. Spalter, Esquire