**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHELE SMITH,

                                  CASE NO. 6:16-cv-382-ORL-40GJK

vs.

LOCKHEED MARTIN CORPORATION,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

    In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_\_ IS         related to pending or closed civil or criminal cases(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

\_X\_ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

**CERTIFICATE OF SERVICE**

    I hereby certify that on **April 12, 2016**, I electronically filed the foregoing Plaintiff's Notice of Pendency of Other Actions with the Clerk of Court by using CM/ECF system, which will send a notice of electronic filing to counsel for Defendant: Hannah Choi, Esquire, Constangy, Brooks, Smith & Prophete, LLP, 100 N. Tampa Street, Suite 3350, Tampa, FL 33601; hchoi@constangy.com.

                                            s/ David H. Spalter
                                            David H. Spalter, Esquire
                                            Florida Bar No. 966347
                                            Jill S. Schwartz, Esquire
                                            Florida Bar No. 0523021
                                            JILL S. SCHWARTZ & ASSOCIATES, P.A.
                                            655 W. Morse Boulevard, Suite 212

Winter Park, Florida 32789
Telephone: (407) 647-8911
Facsimile: (407) 628-4994
E-mail: dspalter@schwartzlawfirm.net
E-mail: jschwartz@schwartzlawfirm.net

Attorneys for Plaintiff