# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MICHELE SMITH,

                                                             CASE NO. 6:16-cv-382-ORL-40GJK

vs.

LOCKHEED MARTIN CORPORATION,

    Defendant.

_____/

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE that the parties to this action have scheduled mediation for **Friday, December 9, 2016, at 10:00 a.m.**, before Chris Shulman, Mediator.  Mediation is to be held at the law office of Jill S. Schwartz & Associates, P.A., 655 W. Morse Boulevard, Suite 212, Winter Park, Florida 32789.

## CERTIFICATE OF SERVICE

I hereby certify that on **April 25, 2016**, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to counsel for Defendant, Hannah Choi, Esquire, Constangy, Brooks, Smith & Prophete, LLP, 100 North Tampa Street, Suite 3350, Tampa, Florida 33602; hchoi@constangy.com; andTamika Nordstrom, Esquire,  Constangy, Brooks, Smith & Prophete, LLP, 230 Peachtree Street, NW, Suite 2400, Atlanta, Georgia 30303; tnordstrom@constangy.com.

                                          s/ David H. Spalter
                                          David H. Spalter, Esquire
                                          Florida Bar No. 966347
                                          Jill S. Schwartz, Esquire
                                          Florida Bar No. 0523021
                                          JILL S. SCHWARTZ & ASSOCIATES, P.A.
                                          655 W. Morse Boulevard, Suite 212
                                          Winter Park, Florida 32789

Telephone: (407) 647-8911
Facsimile: (407) 628-4994
E-mail: dspalter@schwartzlawfirm.net
E-mail: jschwartz@schwartzlawfirm.net

Attorneys for Plaintiff

cc:     Chris Shulman, Mediator